**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
        chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Grant Wiggs**, <br><br> Plaintiff, <br><br> v. <br><br> **Lone Spur Café Management LLC,** et al, <br><br> Defendants. | **No. 2:20-CV-08288-SMB** <br><br> **STATUS REPORT AND NOTICE OF SETTLEMET** |

Pursuant to the Court's January 14, 2021 Order (Doc. 17), Plaintiff respectfully submits this Status Report regarding the status of this case.

Plaintiff filed this lawsuit on November 5, 2020 (Doc. 1). Plaintiff served all Defendants on November 18, 2020 (Doc. 8 – 16). An answer or response to the lawsuit was due from Defendants on December 9, 2020. Plaintiff's counsel received a phone call from counsel for Defendants, Darren Holmes, on December 14, 2020, requesting that the parties hold off on litigation and work to resolve the matter. After that discussion, the parties engaged in settlement discussions. Or about January 18, 2021, the parties reached

an agreement to settle the case.  Plaintiff will file a notice of dismissal or a status report regarding settlement within 30 days.

RESPECTFULLY SUBMITTED the 26th Day of January, 2021.

BENDAU & BENDAU PLLC

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th Day of January, 2021, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Clifford P. Bendau, II*