**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
         chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Grant Wiggs**,<br><br>             Plaintiff,<br><br>v.<br><br>**Lone Spur Café Management, LLC**, et al.,<br><br>             Defendants. | No. 3:20-cv-08288-SMB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Grant Wiggs, by and through undersigned counsel, gives notice of voluntarily dismissing this action in its entirety, with prejudice.

RESPECTFULLY SUBMITTED this 24th day of February, 2021.

BENDAU & BENDAU PLLC

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th Day of February, 2021, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system. A copy of the foregoing was also sent via Email to the following:

Darren Holmes
FARLEY & HOLMES PLLC
9401 W. Thunderbird Rd., Ste. 183
Peoria, AZ 85381
darren@farleyholmes.com

*Attorneys for Defendants*

/s/ *Clifford P. Bendau, II*